IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB HOWELL, | : |
| Petitioner | : Civil No. 1:12-cv-2341 |
| v. | : |
| J. CASTANEDA, | : |
| Respondent | : Judge Sylvia H. Rambo |

## **MEMORANDUM**

      The record should reflect that the undersigned requested by email time-stamped September 16, 2014, at 2:20 PM, to AUSA Scicchitano whether Petitioner's cell mate was charged with possession of contraband in connection with the incident underlying the instant action. The email provided as follows:

> Dear Mr. Scicchitano;
>
> I wish to know if Howell's cellmate was also charged with contraband for the same items found in the same search of the cell.

AUSA Scicchitano indicated he would inquire into the matter by way of email dated September 16, 2014 at 2:40 PM, and responded to the inquiry in the affirmative on September 16, 2014 at 3:25 PM as follows:

> Your Honor,
>
> Bureau of Prisons records indicate that Mr. Howell's cellmate was also charged with a code 104 violation, possession of a weapon.

On September 19, 2014, this court requested that the government supply the court with portions of the C.F.R. cited.  Having not yet received a response, this request is withdrawn as of today's date.

S/SYLVIA H. RAMBO<br>United States District Judge

Dated:  September 22, 2014.