IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JACOB HOWELL,** | **:  CIVIL NO. 1:12-CV-2341** |
| Petitioner | : |
| v. | :  **(Judge Rambo)** |
| **J. CASTANEDA,** | :  **(Magistrate Judge Carlson)** |
| Respondent | : |

# O R D E R

AND NOW, this 6th day of November, 2014, **IT IS HEREBY ORDERED THAT**:

    1) The court adopts the October 14, 2014 report and recommendation of Magistrate Judge Carlson (Doc. 16).

    2) The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DENIED** as to the issues of the Bureau of Prisons' failure to hold a timely DHO hearing and the Bureau of Prisons' failure to provide a staff representative at that hearing.

    3) The Clerk of Court shall close the file.

    4) The court declines to issue a certificate of appealability on the issues of a timely hearing and staff representative.

    5) The court grants a certificate of appealability on the issue of whether the DHO has an obligation to consider and address exculpatory evidence in a disciplinary hearing.

                                                     s/Sylvia H. Rambo
                                                     United States District Judge